# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC21 | E 1965642 | Taylor | T6618 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 09/Feb/25  2150 | Title 18 USCS 13 |

Place of Offense: HWY 1 and San Antonio Rd W

Offense Description: Factual Basis for Charge: CVC 23152(f) DUI; Drugs   HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Wang
First Name: Li

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9KOR465 | CA | 24 | ACUR | | White |

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. Court
1415 State St.
Santa Barbara, CA 93101

Date: 17 Apr 25
Time: 1:00 PM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*E1965642*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 Feb, 20 25 while exercising my duties as a law enforcement officer in the Central District of California.

Citation Number: E1965642 / Defendant: WANG, Li

On February 09, 2025, SrA GREGORY was conducting Law Enforcement Duties in full duty uniform & operating a marked police vehicle within the Concurrent jurisdictional boundary of Vandenberg SFB. When GREGORY observed one white in color ACURA CA(#9KOR456) traveling northbound on HWY 1 drifting within the lane. GREGORY initiated a traffic stop on the vehicle & relayed information to Base Defense Operation Center (BDOC). The vehicle was then stopped on HWY 1 & San Antonio Road West where the driver initially didn't yield to lights & sirens after 20 feet the driver pulled over & then pulled back out onto the roadway for another 10 feet where the driver finally pulled over & stopped. Contact was made with the driver who was identified as WANG, Li via her CA Driver's License (#D1547578). P GREGORY observed WANG having glossy eyes & had to be asked multiple times for WANG's Driver's License, Proof of Insurance & Vehicle Registration. WANG was then asked to step out of the vehicle to conducted SFST's with SSgt TAYLOR & SrA CHELBEK. CHELBEK determined that WANG was under the influence per Horizontal Gaze Nystagmus, Vertical Gaze Nystagmus, Lack of Convergence, Finger to Nose & Modified Romberg Balance. WANG was cited with Title 18 USCS 13 CVC 23152(f) DUI; Drugs & released on her own recognizance departed the location with her husband in his privately owned vehicle.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/09/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident